■ In the Matter of VINCENT C., an Infant. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; ANGELIQUE C., Appellant. (Appeal No. 3.) [725 NYS2d 914] —Order unanimously affirmed without costs. Same Memorandum as in *Matter of Victor C.* (284 AD2d 945 [decided herewith]). (Appeal from Order

of Erie County Family Court, Mix, J.—Terminate Parental Rights.) Present—Green, J. P., Pine, Hurlbutt, Kehoe and Burns, JJ.